IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
ROGER JAMES ZORN, SR.,      )
                            )
    Plaintiff,              )
                            )     CIVIL ACTION NO.
    v.                      )       2:25cv346-MHT
                            )           (WO)
PAMELA BONDI,               )
                            )
    Defendant.              )
```

## JUDGMENT

In accordance with the memorandum opinion entered this date, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiff's objections (Doc. 10 and Doc. 11) are overruled.

(2) Plaintiff's motion to transfer (Doc. 11) is denied.

(3) The United States Magistrate Judge's recommendation (Doc. 9) is adopted to the extent that it recommends dismissal for failure to state a claim upon which relief may be granted.

(4) This lawsuit is dismissed without prejudice

pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) and/or 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 5th day of September, 2025.

                                            /s/ Myron H. Thompson
                                       **UNITED STATES DISTRICT JUDGE**